JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

BRUCE DWAIN COPELAND,

    Plaintiff,

    v.

LEVENE, NEALE, BENDER, YOO & GOLUBCHICK, formerly known as LEVENE, NEALE, BENDER, RANKIN, BRILL, & YOO, LLP; TIMOTHY YOO, Individually, DAVID GOLUBCHIK, Individually, TODD ARNOLD, Individually, and DOES 1-10,

    Defendants.

Case No. 2:26-cv-02837-FWS-KES

**JUDGMENT**

Pursuant to the Court's Order Accepting Report and Recommendation of U.S. Magistrate Judge,

IT IS ADJUDGED that the Complaint and entire action is dismissed with prejudice.

DATED:  July 1, 2026

_____
Hon. Fred W. Slaughter
UNITED STATES DISTRICT JUDGE