UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRUCE DWAIN COPELAND,<br>Plaintiff,<br>v.<br>LEVENE, NEALE, BENDER, YOO & GOLUBCHICK, formerly known as LEVENE, NEALE, BENDER, RANKIN, BRILL, & YOO, LLP; TIMOTHY YOO, Individually, DAVID GOLUBCHIK, Individually, TODD ARNOLD, Individually, and DOES 1-10,<br>Defendants. | Case No. 2:26-cv-02837-FWS-KES<br><br>ORDER ACCEPTING REPORT AND RECOMMENDATION OF U.S. MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the pleadings and all the records and files herein, along with the Report and Recommendation of the

United States Magistrate Judge (Dkt. 27). Further, the Court has engaged in a de novo review of those portions of the Report and Recommendation to which objections (Dkt. 34) and a reply to the objections (Dkt. 32, 33) have been made. The Court accepts the findings, conclusions, and recommendations of the United States Magistrate Judge.

IT IS THEREFORE ORDERED that Judgment be entered declaring Plaintiff a vexatious litigant. Plaintiff must obtain the Court's permission prior to filing any lawsuit with claims stemming from:[1] (1) San Bernardino Superior Court case number SCVSS096212; (2) Central District of California bankruptcy case number 2:05-bk-11844; (3) the June 2011 foreclosure on the property located at 1541 W. 218th Street, Torrance, California, 90501; (4) Los Angeles Superior Court case number 21IWUD00252; or (5) Los Angeles Superior Court case number 22STCV10036. See Pittman v. Cedars Sinai Med. Ctr., No. 14-cv-07857, 2018 WL 10517172, 2018 U.S. Dist. LEXIS 235187, at *18 (C.D. Cal. June 27, 2018). Plaintiff is required to seek pre-filing authorization of any future complaints in this judicial district that contain the aforementioned claims by submitting a letter to the Honorable Fred W. Slaughter. With this letter, Plaintiff shall provide (a) a copy of his proposed complaint and (b) a declaration made under oath that the claims asserted in the complaint are timely, have not yet been disposed of on the merits by any other state or federal court, and are filed in the proper venue pursuant to 28 U.S.C. § 1391. The declaration shall include sufficient facts to show that the claims are timely, not duplicative, and brought in the proper venue. "The Court will approve all filings that it deems to be meritorious, not duplicative, and not

[1] Claims stemming from these lawsuits include, but are not limited to, claims (1) about the same facts/subject matter; (2) against the same parties (or against persons or entities related to those same parties); (3) against judges or court personnel; or (4) seeking the same relief.

frivolous." Pittman, 2018 WL 10517172, 2018 U.S. Dist. LEXIS 235187, at *18.

**IT IS SO ORDERED**.

Dated: August 5, 2026

Hon. Fred W. Slaughter
UNITED STATES DISTRICT JUDGE